353 A.2d 33

Petition of QUALIFIED ELECTORS OF the TOWNSHIP
OF BRANCH, etc. (two cases).

Appeal of Michael CHERRYBON (four cases).

Petition of QUALIFIED ELECTORS OF SOUTH
CASS TOWNSHIP, etc. (two cases).

Supreme Court of Pennsylvania.

Argued Jan. 16, 1976.

Decided March 17, 1976.

## ORDER

PER CURIAM.

Orders affirmed.